John G. Michael          #106107
jmichael@bakermanock.com
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for  Plaintiff Anlin Industries, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ANLIN INDUSTRIES, INC., a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>DELUXWINDOWS, an unknown business entity and DELUXWINDOWS.COM, an unknown business entity,<br><br>            Defendant. | CASE No. CV-11 4962 PSG<br><br>**STIPULATED PERMANENT INJUNCTION AND ORDER DISMISSING CASE** |

Plaintiff Anlin Industries, Inc. ("Anlin") filed its Complaint against Defendants Deluxwindows and deluxwindows.com (collectively "Deluxwindows") on October 7, 2011. In order to reduce the time and expense of litigation, the above-referenced parties agree to have the Court enter this Stipulated Permanent Injunction ("Permanent Injunction") and dismiss the action, while retaining jurisdiction to enforce the Permanent Injunction. Therefore, IT IS HEREBY ORDERED, AS FOLLOWS:

### FINDINGS

1.      This Court has jurisdiction of the subject matter of this litigation pursuant to 28 U.S.C. §§ 1331, 1338, and 1367. The Court has personal jurisdiction over the Defendants.

2.      Venue in this district is proper as to all parties.

3. The Complaint states a claim upon which relief may be granted under 15 U.S.C. §§ 1114 and 1125(a) and under California Bus. & Prof. Code § 17200 and the common law.

4. Defendants have entered into this Permanent Injunction freely and without coercion.

5. Defendants hereby waive all rights to appeal or otherwise challenge or contest the validity of this Order.

## ORDER

6. Defendants, their agents and employees, shall be restrained and enjoined as follows:

(a) That Defendants be restrained and enjoined from using, displaying or posting Plaintiff's registered trademarks "Anlin," "Anlin Windows," "Anlin Window Systems," "Catalina," and "Coronado," which are described in U.S. Trademark Registrations Nos. 2602374, 2869940, 2788866, 2595647, and 2772111 and Plaintiff's common law trademark, "Monterey," on their website or in any commercial advertising or promotional literature and that Defendants immediately remove such information from its web site.

(b) That Defendants be restrained and enjoined from using any marks or words that are confusingly similar to Plaintiff's registered marks in connection with windows or doors;

(c) That Defendants be restrained and enjoined from falsely representing that Defendant has any affiliation with Plaintiff;

7. This Permanent Injunction shall bind Defendants, their successors, assigns, directors, officers, shareholders, partners, agents, attorneys, members and employees, and all those in active concert or participation with any of them who receive actual notice of this Permanent Injunction. Defendants shall provide a copy of this Permanent Injunction to each of their respective directors, officers, shareholders, partners, agents, attorneys, members and employees.

8. The Complaint shall be dismissed with prejudice and without costs or attorneys' fees to either party; the Court, however, shall retain jurisdiction to enforce the Stipulated

1  Permanent Injunction.

5  Dated: November 22, 2011

_____
Honorable Paul S. Grewal
Judge, United States District Court